**Order entered May 3, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01088-CV

### VIVIAN O. TAYLOR, Appellant

### V.

### CHARLES E. TAYLOR, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21619**

## ORDER

The reporter' record is past due. By post card notice dated April 14, 2021, we instructed Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file the reporter's record within thirty days. Before the Court is appellant's April 30, 2021 letter informing the Court that Ms. Duffey will not file the reporter's record without payment. Appellant filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in the trial court on December 15, 2020. Because nothing in the record reflects appellant has been ordered to pay

costs, appellant is allowed to proceed without payment of costs. *See* TEX. R. CIV. P. 145(a). Accordingly, we **ORDER** Ms. Duffey to file the reporter's record on or before **June 2, 2021**.

On the Court's own motion, we **DIRECT** the Clerk of this Court to send appellant a paper copy of the (1) corrected clerk's record filed on January 4, 2021, (2) supplemental clerk's record filed on December 22, 2020, and (3) reporter's record when it is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Duffey and all parties.

/s/ KEN MOLBERG
JUSTICE